**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 96-60785
Summary Calendar
_____

EUGENE W. COSSEY,

Petitioner,

VERSUS

SEA-LAND SERVICES, INC., and
DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

Respondents.

_____

Petition for Review of the Decision and
Order of the Benefits Review Board
(95-1593)
_____

June 3, 1997

Before DAVIS, EMILIO GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Our review of the record persuades us that:

1)   the Benefits Review Board correctly found that the Administrative Law Judge's findings of fact were based on substantial record evidence; and

2)   the Benefits Review Board committed no legal error in arriving at its award.

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.